No. 2480.—MRS. A. M. WINTER v. WILLIAM H. REYNOLDS.

A person who has erected a wall on the line of his lots or premises, which is afterward used by the adjoining proprietor as a wall in common, can recover from such person one-half the cost of the construction of such wall. In such a case the later proprietor is bound for one-half the cost, although he has purchased the property from another, who, previous to the sale, used the wall as one in common.

APPEAL from the Fifth District Court, parish of Orleans. *Leaumont, J.* *Randolph, Singleton & Browne,* for plaintiff and appellee. *B. Egan,* for defendant and appellant.

HOWE, J. This litigation concerns a party wall, the plaintiff claiming, in this court, half the cost of the portion used by defendant, under articles 675, 685 Revised Civil Code.

The defendant contends that the shed on his premises, resting on plaintiff's wall, was built by a previous owner, his vendor; that he bought without knowledge of the claim; and that the claim is a personal one against his vendor alone. In support of this position counsel cite Harrison v. Falk, 2 La. 92, which we do not perceive to be in point.

The defendant uses the party wall, and neither he nor any one else has paid plaintiff the half of its cost. It would seem that he is liable. 14 An. 338; 20 An. 553; 22 An. 114.

It is conceded, however, that the judgment should be reduced to half the cost of the portion of the wall actually used, that is to the sum of $233 57.

It is therefore ordered that the judgment appealed from be reduced in amount, as to defendant, to the sum of two hundred and thirty-three dollars and fifty-seven cents, and as thus amended it be affirmed, plaintiff and appellee paying costs of appeal.